Case 2:17-cv-01147-JLR   Document 17   Filed 11/09/17   Page 1 of 4

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPARTMENT OF SEATTLE

| | |
|---|---|
| MICHAEL HOLEN, individually,<br><br>                           Plaintiff,<br><br>   v.<br><br>SASA JOZIC, individually and JANE DOE JOZIC, individually, and the marital community composed thereof, BLUE LAND TRANSPORTATION, INC. a foreign corporation and COASTAL PACIFIC XPRESS, INC., a foreign corporation,<br><br>                           Defendants. | NO. 2:17-CV-01147-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR:<br>Thursday, November 9, 2107<br><br>**CLERK'S ACTION REQUIRED** |



TO:        The Clerk of the Court;

AND TO:   All Counsel of Record

## I. STIPULATION

**Dennis G. Woods and Matthew C. Erickson** of Scheer Law Group, LLP, hereby withdraw as counsel for **Defendants Sasa Jozic and Jane Doe Jozic** and **Douglas Soderland** of Law Offices of Douglas Soderland hereby substitutes as counsel for the same in this action effective on the date set forth below. Please take notice that Dennis G. Woods and Matthew C. Erickson will remain on as counsel for Blue Land Transportation, Inc. All

STIPULATION AND PROPOSED ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-CV-01147-JLR) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

70 nj166402

further notices and pleadings in this matter for **Sasa Jozic and Jane Doe Jozic**, except original process, should be served upon the following:

Law Offices Douglas R. Soderland
800 Fifth Avenue, Suite 3850
Seattle, WA 98104

DATED this 9th day of November, 2017.

| SCHEER LAW GROUP LLP | LAW OFFICES OF DOUGLAS SODERLAND |
|---|---|
| By *Dennis Woods*<br>Dennis G. Woods, WSBA No. 28713<br>Matthew C. Erickson, WSBA No. 43790<br>Withdrawing Attorneys for Defendants Sasa Jozic and Jane Doe Jozic. | By *s/Douglas Soderland*<br>Douglas Soderland, WSBA No. 16439<br>Substituting counsel for Defendants Sasa Jozic and Jane Doe Jozic. |
| KADISH TWERSKY LAW FIRM | LAW OFFICE OF VITALE & WALLACE |
| By<br>Jeffrey Twersky, WSBA No. 26581<br>Attorneys for Plaintiff | By<br>Gregory G. Wallace, WSBA No. 29029<br>Attorneys for coastal Pacific Xpress, Inc. and Defendants Jozic |

STIPULATION AND PROPOSED ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-CV-01147-JLR) – Page 2

# CERTIFICATE OF SERVICE

I hereby certify that on November 9th, 2017 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the counsel listed below.

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/Plaintiff**<br>Jeffrey Twersky<br>Glenn Kadish<br>Kadish Twersky Law Firm<br>2920 Colby Avenue, Suite 102<br>Everett, WA  98201 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>(X) Via Email<br>(X) Via CM/ECF |
| **CO/Coastal Pacific**<br>Gregory G. Wallace<br>Law Office of Vitale & Wallace<br>800 5th Ave., Suite 3810<br>Seattle, WA  98104 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>(X) Via Email<br>(X) Via CM/ECF |
| **CO/Jozic**<br>Douglas Soderland<br>Law Offices of Douglas R. Soderland<br>901 5th Avenue, Suite 3003<br>Seattle, WA  98164-2049 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>(X) Via Email<br>(X) Via CM/ECF |

DATED this 9th day of November, 2017, at Seattle, Washington.

_____
Christie Kramer, Legal Secretary

STIPULATION AND PROPOSED ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-CV-01147-JLR) – Page 4

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

70 nj166402

## II. ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the aforementioned withdrawal and substitution of counsel is granted.

DATED this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

SCHEER LAW GROUP LLP

_____
Dennis G. Woods, WSBA No. 28713
Matthew C. Erickson, WSBA No. 43790
Attorneys for Defendant Blue Land Transportation,
Withdrawing Attorneys for Defendants
Sasa Jozic and Jane Doe Jozic.

STIPULATION AND PROPOSED ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL (Cause No. 2:17-CV-01147-JLR) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

70 nj166402