THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPARTMENT OF SEATTLE

MICHAEL HOLEN, individually,

　　　　　　　　Plaintiff,

v.

SASA JOZIC, individually and JANE DOE JOZIC, individually, and the marital community composed thereof, BLUE LAND TRANSPORTATION, INC. a foreign corporation and COASTAL PACIFIC XPRESS, INC., a foreign corporation,

　　　　　　　　Defendants.

NO. 2:17-CV-01147-JLR

STIPULATION AND ORDER REGARDING FRCP 35 EXAMINATION OF PLAINTIFF

## STIPULATION

The above action is one for personal injury. The Plaintiff has sustained injuries which are alleged to be the result of the tortious conduct of the Defendants. Plaintiff has put his medical condition into controversy by filing suit. The Defendants seek a medical examination of Plaintiff in accordance with Fed. R. Civ. P. 35.

FRCP 35 MEDICAL EXAMINATION
(Cause No. 2:17-CV-01147-JLR) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

The parties, by and through their respective counsel, hereby stipulate to an examination of Plaintiff pursuant to Fed. R. Civ. P. 35 subject to the following terms and conditions:

The examination shall be an orthopedic examination conducted by Alan Brown, MD (hereafter "Examiner"). The examination shall be limited to inquiry in the field of the expertise of the Examiner.

The examination shall be limited to an interview, evaluation and testing, and assessment of plaintiff's physical injuries and conditions.

The examination shall be conducted at the Examiner's office: Bellevue Bone & Joint Center, 1427 117th Ave NE, Bellevue, WA 98004.

The examination shall be conducted at a date and time agreed upon by the parties. The specific date and time of the examination shall be scheduled after the Court has entered an Order based on this Stipulation.

The Plaintiff may have a representative present at the examination but the representative cannot interfere with the examination.

Plaintiff or his representative may make an audiotape and/or videotape recording of the examination. If such recording is made, Plaintiff shall deliver a copy to the defendants within 45 days of completion of the examination.

The Examiner shall make a written examination report as required by FRCP 35, and the report shall be delivered within 45 days of completion of the examination.

Defense counsel shall advise Examiner of the above conditions for the orthopedic examination of Plaintiff.

FRCP 35 MEDICAL EXAMINATION
(Cause No. 2:17-CV-01147-JLR) – Page 2

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

70 oe026403

The foregoing is stipulated and agreed to by the parties:

KADISH TWERSKY LAW FIRM

By _____
Jeffrey Twersky, WSBA No. 26581
Attorneys for Plaintiff

SCHEER LAW GROUP LLP

By _____
Matthew C. Erickson, WSBA No. 43790
Attorneys for Defendant Blue Land

LAW OFFICE OF VITALE AND WALLACE

By _____
Gregory G. Wallace, WSBA No. 29029,
Attorneys for Defendant Coastal Pacific Xpress, Inc.

LAW OFFICE OF DOUGLAS SODERLAND

By _____
Douglas Soderland, WSBA No. 16439
Attorneys for Defendant Sasa Jozic

## ORDER

Based upon the above Stipulation and agreement by the parties, the Court hereby:

ORDERS that Alan Brown, MD, may examine Plaintiff on the terms and conditions set forth in the Stipulation between the parties.

DATED this ____ day of May 2018.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

FRCP 35 MEDICAL EXAMINATION
(Cause No. 2:17-CV-01147-JLR) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

70  oe026403

PRESENTED BY:

SCHEER LAW GROUP, LLP

By: _____
Matthew Erickson, WSBA No. 43790
Attorneys for Defendant Blue Land Transportation, Inc.

COPY RECEIVED AND APPROVED BY:

KADISH TWERSKY LAW FIRM

By: _____
Jeffrey Twersky, WSBA No. 26581
Attorneys for Plaintiff

LAW OFFICE OF VITALE AND WALLACE

By: _____
Gregory G. Wallace, WSBA No. 29029
Attorneys for Defendant Coastal Pacific Xpress, Inc.

LAW OFFICES OF DOUGLAS R. SODERLAND

By: _____
Douglas R. Soderland, WSBA No. 16439
Attorneys for Defendant Sasa Jozic

FRCP 35 MEDICAL EXAMINATION
(Cause No. 2:17-CV-01147-JLR) – Page 4

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

70 oe026403