The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL HOLEN, individually,<br><br>Plaintiff<br><br>vs.<br><br>SASA JOZIC, individually, and JANE DOE JOZIC, and the marital community composed thereof, BLUE LAND TRANSPORTATION, INC., a foreign corporation, and COASTAL PACIFIC XPRESS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:17-CV-01147-JLR<br><br>STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT FOR PERSONAL INJURIES AND DAMAGES |

## STIPULATION.

The parties, by and through their attorneys of record, stipulate as follows:

1. On June 29, 2017, Plaintiff filed a Summons and Complaint for Damages in the King County Superior Court. In his Complaint, Plaintiff sought damages for injuries incurred in a motor vehicle collision September 28, 2014 when a tractor/trailer drove into the rear of a construction vehicle on I-5 Southbound near the 175th Street exit.

2. In his Complaint, Plaintiff named Sasa Jozic, Blue Land Transportation, Inc. ("BLT") and Coastal Pacific Xpress, Inc. ("CPX") as defendants.

3. Sasa Jozic was the driver of the tractor/trailer involved in the collision.

STIPULATION AND ORDER GRANTING LEAVE TO AMEND
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 1

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-1241

4. Defendant BLT owned of the tractor that defendant Jozic was driving.

5. Defendant CPX owned the trailer being towed by the Blue Land Transportation tractor.

6. Plaintiff served defendants BLT and CPX on June 30, 2017.

7. Plaintiff served defendant Jozic on 9/25/17

8. Defendants Jozic and BLT appeared and filed their Notice of Removal from King County Superior Court to the United States District Court for the Western District of Washington.

9. Defendants Jozic and BLT filed and served their Answer on August 7, 2017.

10. In his Complaint, Plaintiff alleged that Jozic was employed by one or both defendants.

11. In the course of discovery, Plaintiff obtained copies of two written contracts entered into between defendants BLT and CPX, which purports to set forth the relationship between those Defendants.

12. Plaintiff has taken the depositions of representatives of BLT and CPX, as well Plaintiff's deposition.

13. While BLT's and CPX's representatives testified differently as to the applicability of the two contracts to this case, they did clarify the situation with defendant Jozic's employment.

14. At his deposition, defendant Jozic testified that to the facts of the subject collision.

Pursuant to LCR 15, a copy of the First Amended Complaint for Personal Injuries and Damages is attached hereto as Exhibit 1, and a marked up copy of the First Amended Complaint for Personal Injuries and Damages is attached hereto as Exhibit 2.

The parties stipulate to the amendment of the Complaint.

STIPULATION AND ORDER GRANTING LEAVE TO AMEND
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 2

KADISH TWERSKY LAW FIRM
3926 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)339-1811

Dated: June _18_, 2018

Kadish Twersky Law Firm

By: _____
Jeffrey Twersky, #26581
Attorneys for Plaintiff

Dated: June ___, 2018

Office of Vitale & Wallace
approved to sign by email

By: _____ 26581
Gregory G. Wallace, #29029
Attorneys for Defendant
Coastal/Pacific Xpress

Dated: June _29_, 2018

Scheer Law Group LLP
WSBA #43790

By: ___for_____
Dennis G. Woods, #28713
Attorneys for Defendant
Blue Land Transportation, Inc.

Dated: June _30_, 2018

Law Offices of Douglas R. Soderland

By: _____
Douglas R. Soderland, #16439
Attorneys for Defendant
Sasa Jozic

## ORDER

THIS MATTER having come on before the Court on stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court grants to Plaintiff leave to amend Complaint. Plaintiff must file his amended complaint (Ex. 1) within three (3) days of the date of this order.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that service of the First Amended Complaint may be made on all Defendants by serving their respective counsel of record by mail.

Dated: ~~June~~ July 11th, 2018

_____
Honorable James L. Robart

STIPULATION AND ORDER GRANTING LEAVE TO AMEND
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 3

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-4184

1  Presented by:                                          Approved as to form;
                                                          Notice of presentation waived:

2  Kadish Twersky Law Firm                                Scheer Law Group LLP

3                                                                                    WSBA #43790
   By: _____                            By: _____
4      Jeffrey Twersky, #26581                                Dennis G. Woods, #28713
       Attorneys for Plaintiff                                Attorneys for defendant
5                                                             Blue Land Transportation, Inc.

6  Approved as to form;                                   Approved as to form;
   Notice of presentation waived:                         Notice of presentation waived:

7  Law Office of Vitale & Wallace                         Law Offices of Douglas R. Soderland
   Authorized to sign for by email:
8
                              26581
9  By: _____                            By: _____
       Gregory G. Wallace, #29029                             Douglas R. Soderland, #16439
10     Attorneys for defendant                                Attorneys for defendant Jozic
       Coastal Pacific Xpress

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER GRANTING LEAVE TO AMEND                    KADISH TWERSKY LAW FIRM
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 4                  2926 COLBY AVENUE, SUITE 102
                                                                 Everett, WA 98201
                                                                 (425)259-1591